June 13, 2008

Ms. Ruth Ellen Piller
Hays McConn Rice & Pickering, P.C.
1233 West Loop South, Suite 1000
Houston, TX 77027
Mr. Melvin Houston
Melvin Houston & Associates
2700 Post Oak Blvd #1350
Houston, TX 77056

RE: Case Number: 07-0197
 Court of Appeals Number: 14-05-00398-CV
 Trial Court Number: 200426236

Style: KAO HOLDINGS, L.P., D/B/A SEBRING APARTMENTS AND WILLIAM KAO
 v.
 ANNIE LEE YOUNG

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. The Motion to Take
Judicial Notice is denied.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |